Slip Op. 08-108

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MACAU YOUCHENG TRADING CO. AND ZHONGSHAN YOUCHENG WOODEN ARTS AND CRAFTS CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 07-00322 |

**JUDGMENT**

In this action, Defendant sought and received a voluntary remand. See Order dated August 18, 2008. Defendant filed its remand results on October 3, 2008. See Final Results of Redetermination Pursuant to Voluntary Remand, Macau Youcheng Trading Co. v. United States, Court No. 07-00322 (Oct. 3, 2008) ("Redetermination"). All parties in this action concur with the Redetermination. Accordingly, upon the court's review of the Redetermination, and all relevant papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that the Redetermination is sustained.

_____/s/ Leo M. Gordon_____
Judge Leo M. Gordon

Dated:    October 10, 2008
          New York, New York